AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| Anna Silva | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) |
| JPMorgan Chase Bank, National Association | ) |
| Successor to Washington Mutual Bank, FA | ) |
| _Defendant_ | |

Civil Action No.   2:15-cv-00339-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:   Defendant JP Morgan Chase Bank's Motion to Dismiss is GRANTED, ECF No. 23.
Case is DISMISSED WITH PREJUDICE.
Judgment in favor of Defendants.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Stanley A. Bastian _____ on Defendants Motion
to Dismiss, ECF 23.  Case and all associated claims are dismissed with prejudice.

Date:  08/02/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
_(By) Deputy Clerk_

Shelly Koegler